# SALERNO & GOLDBERG, P.C.

**1955 Deer Park Avenue**
**Deer Park, New York  11729**
**PH (718)-820-0200 / (631)-482-8888**
**Fax (631)-482-8889**

December 6, 2021

The request is GRANTED.  The initial pre-trial conference is rescheduled to January 25, 2022 at 11 am.  The parties should use the dial-in information previously provided.

Honorable Justice Lewis J. Litman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

12/6/2021

        Re:     Sherland v. USA
                Civil Action No. : 21-cv-7143

Dear Honorable Justice Litman:

        Please be advised that this office represents the plaintiff in connection with the above referenced action. An initial pre-trial conference is presently scheduled for tomorrow, December 7, 2021 at 12:00pm, having been adjourned from November 5, 2021. I am advising the Court that the summons and complaint was served against the defendants on November 10, 2021 and the time to serve an Answer has not yet expired. Under the circumstances, I am respectfully requesting an adjournment of the initial conference to a date and time after the Answer is served.

        Thank you for your kind attention to this matter.

Respectfully submitted,

LINDA SIMMONS

LS/mow
Via ECF