```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        :
DENISE SHERLAND,        :
        :
        Plaintiff,        :
        :        21-cv-7143 (LJL)
        -v-        :
        :        ORDER
THE UNITED STATES OF AMERICA,        :
        :
        Defendant.        :
        :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the post-discovery status conference held in this matter yesterday, it is hereby ORDERED that, for good cause shown, discovery shall be reopened for the limited purpose of taking the deposition of the driver of the motor vehicle involved in this accident provided that the deposition occurs before August 30, 2022.  The parties shall make any motion for summary judgment by September 26, 2022, any opposition is due by October 31, 2022, and any reply is due by November 14, 2022.

      It is further ORDERED that a bench trial will proceed in this matter on April 3, 2023, at 9:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse.  A final pretrial conference will take place on March 29, 2023 at 2:00 p.m., also in Courtroom 15C of the 500 Pearl Street Courthouse.  The proposed joint pretrial order is due on March 17, 2023, and the parties should submit any motions in limine by that date.  Oppositions to motions in limine are due by March 24, 2023.

      SO ORDERED.

Dated: August 17, 2022
      New York, New York
                                                     LEWIS J. LIMAN
                                                     United States District Judge